# United States Court of Appeals

## For the First Circuit

---

No. 03-1403

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERT ROBINSON,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on March 2, 2004 is amended as follows:

| | |
|---|---|
| p. 5, ll. 13-14 | Replace "Randi Goldsmith ("Randi" or "Goldsmith")" with "R.G." |
| p. 5, l. 16 | Replace "Goldsmith" with "R.G." |
| p. 6, l. 4 | Replace "Goldsmith" with "R.G." |
| p. 6, l. 5 | Replace "Randi" with "R.G." |
| p. 6, l. 6 | Replace "Goldsmith" with "R.G." |
| p. 6, l. 8 | Replace "Goldsmith" with "R.G." |
| p. 6, l. 9 | Replace "Goldsmith" with "R.G." |
| p. 6, l. 12 | Replace "Goldsmith" with "R.G." |
| p. 6, l. 13 | Replace "Goldsmith" with "R.G." |
| p. 6, l. 15 | Replace "Goldsmith" with "R.G." |
| p. 6, l. 18 | Replace "Goldsmith" with "R.G." |

```
p. 7, ll. 1-2        Replace "Randi Goldsmith" with "R.G."

p. 7, l. 2           Replace "Goldsmith" with "R.G."

p. 7, l. 3           Replace "Randi" with "R.G."

p. 7, l. 16          Replace "Randi Goldsmith" with "R.G."

p. 11, l. 14         Replace "Goldsmith" with "R.G."
```